492

No. 42777.—Protest 844352–G of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the paperweights and money boxes in question are similar to those the subject of *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) and Abstract 38680. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42778.—Protest 836245–G of Rice-Bayersdorfer Co. (Philadelphia).

Opinion by DALLINGER, J. From the record it was found that one item consists of metal dogs, each having an opening in the back for holding cut flowers and plants, used in the household or on the table. It was therefore held dutiable as table or household utensils or hollow ware plated with silver at 50 percent under paragraph 339 as claimed.

No. 42779.—Protests 755021–G, etc., of Mogi, Momonoi & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel bridge table pencil holders, bookends, savings banks, paperweights, and koros (incense burners) chiefly used on the table or in the household for utilitarian purposes were held dutiable at 40 percent under paragraph 339. Bookends, koros (incense burners), candlestands, and lampstands plated with silver were held dutiable at 50 percent under the same paragraph. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (26 id. 221, C. A. D. 20) cited.

No. 42780.—Protests 577234–G, etc., of William X. Huber et al. (Los Angeles).

Opinion by DALLINGER, J. On the record presented brass candlesticks, bowls, and incense bowls were held dutiable as household utensils at 40 percent under paragraph 339 as claimed. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445) and *Dow* v. *United States* (id. 282, T. D. 46816) cited.

No. 42781.—Protest 5405–K of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of hand scales similar to those the subject of Abstract 38504. The claim at 40 percent under paragraph 339 was therefore sustained.

No. 42782.—Protest 719–K of L. Greenberg & Son Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38680 the curling irons in question were held dutiable at 40 percent under paragraph 339 as claimed.